| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>U.S. Magistrate Judge | | Date:<br>Time: | 8/10/2020<br>10:30 a.m. |

*Hansen Rose v. Central Mortgage Company*
20-CV-1520 (FB) (JO)

Type of Conference:  Initial

Appearances:   Plaintiff        Andreas E. Christou

              Defendant    Dana M. Carrera

Scheduling: The next pretrial conference will be held on October 6, 2020, at 10:30 a.m.

Summary: The parties agree that the sole factual dispute is as to whether the defendant (or a predecessor in interest) revoked the acceleration of the mortgage. I deem each side to have served a demand for any documents referring to such a revocation. I will enter a case management and scheduling order that contemplates the completion of all discovery in 45 days.

                                        SO ORDERED

                                        _____/s/_____
                                        James Orenstein
                                        U.S. Magistrate Judge